68 F.3d 460
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Charles Vern HOCK, Plaintiff-Appellant,
v.
David SOLDATO, Defendant-Appellee.
 No. 95-7121.
 United States Court of Appeals, Fourth Circuit.
 Submitted: September 21, 1995.
Decided: October 13, 1995.
 
 Charles Vern Hock, Appellant Pro Se.
 Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying relief on his 42 U.S.C. Sec. 1983 (1988) complaint. The district court dismissed Appellant's claim without prejudice for failure to particularize his complaint. Because a dismissal without prejudice is not generally appealable, we dismiss the appeal. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir.1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 DISMISSED